UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROSALIND L. CALDWELL, | No. 2:15-cv-1002-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 6, 2015, the parties filed a stipulation and proposed order extending the time for plaintiff to file a motion for summary judgment by approximately 60 days until December 5, 2015. (ECF No. 15.) However, the filing provides no explanation as to why an extension of time is sought, let alone a showing of good cause.

Accordingly, the requested extension of time is DENIED without prejudice. This order resolves ECF No. 15.

IT IS SO ORDERED.

Dated: October 7, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1