1  Richard A. Whitaker (SBN 58618)
   **THE LAW OFFICES OF RICHARD A. WHITAKER**
2  2480 Hilborn Road, Suite 102
   Fairfield, CA 94534
3  Ph: (707) 427-2237
4  Attorney for Plaintiff:
   **Trosalind L. Caldwell**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Trosalind L. Caldwell,**              )<br>    Plaintiff                                   )<br>                                                   )<br>v.                                                )<br>                                                   )<br>**CAROLYN W. COLVIN,**             )<br>Acting Commissioner of Social Security )<br>    Defendant.                              ) | Case No.: 2:15-CV-1002-KJN<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ORDER THEREON** |

The parties, though counsel, stipulate to a 60-day extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to December 5, 2015. I request the extension due to the fact that at the present time my case load is very large, and I have been working 6 to 7 days per week to keep up with the workload. I have hired a new associate attorney to assist me but she has been at my office for only 25 days and has yet been able to handle some of my cases. I will be 72 years old in 6 weeks and I cannot work at this pace much longer. I was advised by my primary care doctor on May 29, 2015 to stop working or risk not be able to see my grandchildren grow up. It was then that I advertised for an attorney associate but it took time to find a suitable candidate. I need the extra time so I can prepare a quality product for my client. Defendant's counsel has agreed to a 60-day extension. All remaining deadlines will be extended accordingly.

Respectfully submitted,

Dated: October 5, 2015        /s/ Richard A. Whitaker
                              Richard Allen Whitaker, Esq.
                              Attorney for Plaintiff

Dated: October 6, 2015        Benjamin B. Wagner
                              United States Attorney

                              /s/ Marcelo Illarmo
                              Marcelo Illarmo
                              Special Assistant, U.S. Attorney

ORDER

    Good cause having been shown, the parties' stipulation (ECF No. 17) is APPROVED. Plaintiff shall have until December 5, 2015 to file her motion for summary judgment, with all other deadlines extended accordingly.

IT IS SO ORDERED.

Dated:  October 8, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE